UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GARY MITCHELL and GARY J. MITCHELL,<br><br>Plaintiffs,<br><br>v.<br><br>BMW FINANCIAL SERVICES NA, LLC,<br><br>Defendant. | Case No. 1:24-cv-3655-SCJ-CCB |

**DEFENDANT BMW FINANCIAL SERVICES NA, LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, Defendant BMW Financial Services, NA, LLC ("BMW FS") by and through its attorneys, Husch Blackwell LLP, makes the following disclosure:

1. The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

    a.    **Plaintiff Gary Mitchell**

    b.    **Plaintiff Gary J. Mitchell**

  c. **Defendant BMW Financial Services NA, LLC. BMW FS is a wholly-owned subsidiary of BMW of North America, LLC, which is a wholly-owned subsidiary of BMW U.S. Holding Corp.**

  2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

**Other than the parties identified in response to Disclosure No. 1 above, the attorneys identified in response to Disclosure No. 3 below, and any persons or entities who may be identified by Plaintiffs, BMW FS is unaware of any other persons, associations, firms, partnerships, or corporations that may have either a financial interest in or other interest which could be substantially affected by the outcome of this particular case.**

  3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

  a. **Plaintiffs are appearing pro se in this matter.**

  b. **The persons serving as attorneys for BMW FS in this matter:**

- Madeline Leonard Phifer, Esq., Husch Blackwell, LLP, 736 Georgia Avenue, Suite 300, Chattanooga, TN 37402

4     [For every action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a).] The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

**Not applicable.**

Submitted this 20th day of September, 2024.

                          **HUSCH BLACKWELL LLP**

                          */s/ Madeline Leonard Phifer*
                          Madeline Leonard Phifer, GA Bar No. 383480
                          736 Georgia Avenue, Suite 300
                          Chattanooga, TN 37402
                          Telephone: 423-266-5500
                          Fax: 423-266-5499
                          madeline.leonardphifer@huschblackwell.com
                          *Attorneys for Defendant,*
                          *BMW Financial Services NA, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2024, I electronically filed **DEFENDANT BMW FINANCIAL SERVICES NA, LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

NONE

I hereby certify that I have mailed by U.S. Postal Service the document to the following non-CM/ECF participants:

Gary Mitchell
1647 Water Springs Way
Dacula, GA 30019

Gary J. Mitchell
1647 Water Springs Way
Dacula, GA 30019


*/s/ Madeline Leonard Phifer*
Madeline Leonard Phifer, GA Bar No. 383480
*Attorneys For Defendant*
*BMW Financial Services NA, LLC*

**HUSCH BLACKWELL LLP**
736 Georgia Avenue, Suite 300
Chattanooga, TN 37402
Telephone: 423-266-5500
Fax: 423-266-5499
madeline.leonardphifer@huschblackwell.com